FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02049-BNB

MAGIN PADILLA,

    Plaintiff,

v.

ADAMS COUNTY DETENTION CENTER,

    Defendant.

## ORDER OF DISMISSAL

On August 5, 2011, Plaintiff Magin Padilla, acting *pro se*, submitted to the Court a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Padilla, at the time he initiated this action, was detained at the Adams County Detention Facility in Brighton, Colorado.

On August 12, 2011, Magistrate Judge Boyd N. Boland entered an order instructing Mr. Padilla to submit a certified trust fund account statement for the six-month period immediately preceding the filing of this action. Mr. Padilla was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

The August 12 Order to Cure was returned to the Court on August 22, 2011. The envelope in which the Order was sent to Mr. Padilla was marked "Return to Sender Refused Unable to Forward." Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, states that a party must file a

notice of a new address within five days of any change of address. Nonetheless, Mr. Padilla now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiency and for failure to prosecute.

DATED at Denver, Colorado, this  20th  day of    September   , 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02049-BNB

Magin Padilla
Prisoner No. 201100007437
Adams County Detention Facility
PO Box 5001
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 20, 2011.

                           GREGORY C. LANGHAM, CLERK

                         By: _____
                                    Deputy Clerk